IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

KEITH L. EDWARDS,

Defendant.                                              No. 09-30008-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant Edwards' Motion to Continue Trial (Doc. 19). Defendant Edwards is awaiting the production of additional discovery and needs additional time to review the discovery to prepare for trial. Further, Defendant Edwards is currently involved in negotiations with the Government which cannot move forward until Defendant has had time to review the additional discovery. The Government has no objections. To force a Defendant to trial without adequate time to prepare would result in a miscarriage of justice. Further, the Court finds that pursuant to **18 U.S.C. § 3161 (h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial. Forcing the parties to trial on a case that appears to have great potential to resolve amicably would be a great miscarriage of justice.

Therefore, the Court **GRANTS** Defendant Edwards' motion to continue trial (Doc. 19). The Court **CONTINUES** the jury trial scheduled for April 6, 2009 until **June 15, 2009 at 9:00 a.m.** The time from the date the original motion was

filed, March 31, 2009, until the time on which the trial is rescheduled, June 15, 2009, is excludable for purposes of a speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 2nd day of April, 2009.

/s/ DavidRHerndon

**Chief Judge
United States District Court**