## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

KEITH L. EDWARDS,

Defendant.                                          No. 09-30008-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant Edwards' motion to continue sentencing (Doc. 27).  Defendant asks that the sentencing hearing be continued for a period no less than two weeks because the presentence interview with probation was delayed due to scheduling conflicts and additional time is needed for probation to prepare its report and allow the parties to comment on the presentence report.  Based on the reasons set forth in the motion, the Court **GRANTS** Defendant's motion to continue sentencing (Doc. 27) and **CONTINUES** the sentencing hearing set for August 21, 2009 until **September 18, 2009 at 1:30 p.m**.

**IT IS SO ORDERED.**

Signed this 25th day of June, 2009.


/s/        David R Herndon

**Chief Judge**
**United States District Court**